IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERNEST TERRELL FRIAR, JR.                                                            PLAINTIFF

v.                              Civil No. 6:21-cv-06035

NURSE BASSHAM and JOHN OR JANE
DOE MEDICAL ADMINISTRATOR                                                        DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed June 7, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se*. Judge Bryant recommended that Plaintiff's application to proceed *in forma pauperis* ("IFP") (ECF No. 2) be denied and that this action be dismissed without prejudice to Plaintiff's right to re-open it with payment of the appropriate filing fee. Additionally, Judge Bryant recommends that Plaintiff should be instructed to file a motion to reopen the action upon payment of the filing fee and that the following order be entered:

> The clerk of this Court is directed to provisionally file any new action in which Ernest Terrell Friar, Jr. seeks to proceed IFP. The Magistrate Judge shall then review the action and, if it is a civil action, rather than a criminal or habeas one, and, if Friar has not asserted a valid claim that he is under imminent danger of serious physical injury, the Magistrate Judge shall recommend that IFP status be denied.

Plaintiff filed two notices with the Court. (ECF Nos. 8 & 9). Even if the Court construed these two documents as objections to the Report and Recommendation, they do not raise any new issues of fact or law that require the Court to deviate from Judge Bryant's findings. Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is **DENIED**. It is further ordered that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**. In order to reopen this case, Plaintiff must pay the $350 filing fee and $52 administration fee, for a total of $402, in full within thirty (30) days of the Court's order.

1

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

**IT IS SO ORDERED** this 1st day of July 2021.

*/s/ Robert T. Dawson*
**ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE**